MARY A. SIEGRIST, Appellant, *v.* AMERICAN SUGAR REFINING COMPANY, Respondent.

Argued June 8, 1942; decided July 29, 1942.

*Max Freund* for appellant.

*David Kelly* and *Elinore McNamee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.